UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Carlos Vera**     JOINT DEBTOR: **Reina Cruz Vera**     CASE NO.: **11-**
Last Four Digits of SS# **4253**     Last Four Digits of SS# **7564**

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **48** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ **132.00** for months **1** to **48** ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fees and Costs - $ **3650**     TOTAL PAID $ **750**

Balance Due   $ **2900**     payable $ **111.54** /month   (Months **1** to **26** )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date  $_____
Address: _____     Arrears Payment    $_____ /month (Months ___ to ___)
_____     Regular Payment    $_____ /month (Months ___ to ___)
Account No: _____

2. _____     Arrearage on Petition Date  $_____
Address: _____     Arrears Payment    $_____ /month (Months ___ to ___)
_____     Regular Payment    $_____ /month (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ to ___ |  |
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due    $_____
Payable    $_____ /month (Months ___ to ___)
Regular Payment $_____

Unsecured Creditors: Pay $ **7.26** /month (Months **1** to **26** ) and pay $ **118.80** /month (Months **27** to **48** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included
Above: **Onewest mortgage for 1st mortgage and west Fontaine HOA to be paid direct.**

_____     _____
Debtor                          Joint Debtor
Date:                           Date:

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*